No. 4,462.—STATE, RESPONDENT, *v.* CAROLINE HENKEL, APPELLANT.

*Appeal from District Court, Flathead County; T. A. Thompson, Judge.*

Decided May 23, 1921.

PER CURIAM.—On motion of appellant, the appeal herein is dismissed.

*Messrs. Logan & Child,* for Appellant.

---

No. 4,883.—N. C. FOLGER, APPELLANT, *v.* UPPER GLENDIVE–FALLON IRRIGATION DISTRICT, RESPONDENT.

*Appeal from District Court, Dawson County; Daniel L. O'Hern, Judge.*

Decided June 4, 1921.

PER CURIAM.—On motion of appellant the appeal in the above-entitled cause is dismissed as settled.

*Messrs. Loud & Leavitt,* for Appellant.

---

No. 4,413.—LAURA STEWART, RESPONDENT, *v.* GEORGE ABEL, APPELLANT.

*Appeal from District Court, Yellowstone County; A. C. Spencer, Judge.*

Decided June 7, 1921.

PER CURIAM.—It having been made to appear to the court that the above-entitled cause has been settled, the appeal is dismissed.

*Messrs. Reynolds & Shea,* for Appellant.